UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>                     Plaintiff,<br><br>   v.<br><br>JEFFREY A. UTTECHT, SUPERINTENDENT OF COYOTE RIDGE CORRECTIONS CENTER OF the WASHINGTON DEPARTMENT OF CORRECTIONS, in his individual and official capacities; JOHN D. TURNER, MAILROOM SERGEANT of COYOTE RIDGE CORRECTIONS CENTER, in his individual and official capacities,<br><br>                     Defendants. | NO:  4:20-CV-5242-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal (ECF No. 4).  The Court has reviewed the record and files herein, and is fully informed.

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment….".  In this case, Plaintiff did not accomplish service of the complaint upon Defendants in the time frame allotted by Federal Rule of Civil Procedure 4.  Therefore, dismissal of the complaint without prejudice is appropriate.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(i) and Plaintiff's notice of voluntary dismissal, this action is **DISMISSED** without prejudice.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish a copy to Plaintiff, and **CLOSE** the file.

DATED March 18, 2021.



THOMAS O. RICE
United States District Judge