AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br>*Plaintiff*<br>v.<br>JEFFREY UTTECHT, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No.  4:20-CV-5242-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other**:  Pursuant to Rule 41(a)(1)(A)(i) and Plaintiff's notice of voluntary dismissal, this action is DISMISSED without prejudice.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☑ **decided by Judge**  THOMAS O. RICE  on Plaintiff's Notice of Voluntary Dismissal (ECF No. 4).

Date:  March 19, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Bridgette Fortenberry
*(By) Deputy Clerk*

Bridgette Fortenberry